<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-6955**

————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

     versus

WILBERT DECOSTA GREAVES,

                                        Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (CR-95-38-BR, CA-98-233-7-BR)

————————

Submitted: December 16, 1999      Decided: December 27, 1999

————————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Wilbert DeCosta Greaves, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilbert DeCosta Greaves seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Greaves, Nos. CR-95-38-BR; CA-98-233-7-BR (E.D.N.C. July 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2